E-FILED on    9/29/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROYAL INDEMNITY GROUP, THE GREYSTONE GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, STEDMAN CONSTRUCTION COMPANY, DOES 1-100, <br><br> Defendants. | No. C-04-00886 RMW <br><br> ORDER VACATING SEPTEMBER 30, 2005 CASE MANAGEMENT CONFERENCE <br><br> **[Re Docket No. 91]** |

On September 20, 2005 plaintiffs Royal Indemnity Group ("Royal") and Greystone Group, Inc. ("Greystone") and defendant Travelers' Indemnity Company of Connecticut[1] ("Travelers") submitted a joint request to vacate the case management conference currently scheduled for September 30, 2005. The purpose of the case management conference was to discuss a new trial schedule for this action, as the previously-scheduled trial date was vacated by the court at the parties' request pending resolution of their cross-motions for summary judgment.

The court has now issued an order on the parties' cross-motions. Both plaintiffs and defendant have filed motions for leave to reconsider separate portions of the court's order regarding the cross-

---

[1] Defendant was erroneously sued as The Travelers' Indemnity Company of Rhode Island.

1  motions for summary judgment. Until the court rules on the motions and resolves the issues raised therein,
2  the parties believe that case management conference to discuss the trial date would be premature.
3  Furthermore, plaintiffs anticipate moving for leave to file an amended complaint to clarify and simplify their
4  pleadings.
5         To address the parties' concerns, the court vacates the September 30, 2005 case management
6  conference date. It will reset the case management conference in an appropriate order regarding the
7  reconsideration requests.

10  DATED:      9/26/05                           /s/ Ronald M. Whyte
                                                  RONALD M. WHYTE
11                                                United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff(s):**

3  Michael Mathews           mathewsesq@earthlink.net

4  **Counsel for Defendant(s):**

5  David Hungerford          dhungerford@morison-knox.com
   Michael D. Prough         mdp@morison-knox.com
6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
8

9

10

    **Dated:**      9/29/05                              /s/ MAG
11                                                **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER VACATING SEPTEMBER 30, 2005 CASE MANAGEMENT CONFERENCE—C-04-00886 RMW
MAG                                          3