MICHAEL A. MATHEWS SBN: 049625
LAW OFFICES OF MICHAEL A. MATHEWS
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 693 0110
Facsimile:  (801) 640 0411

Attorneys for Plaintiffs
ROYAL INDEMNITY COMPANY and
THE GREYSTONE GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA    *E-FILED - 11/8/06*

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, THE GREYSTONE GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, STEDMAN CONSTRUCTION COMPANY, DOES 1-100<br><br>Defendants. | CASE NO. C-04-00886 RMW<br><br>ORDER ON JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DATE AND TO SET A NEW DATE IN THE COURT'S ORDER ON RECONSIDERATION OF ORDER RE MOTION FOR SUMMARY JUDGMENT<br><br>Date:         November 17, 2006<br>Time:         10:30 AM<br>Courtroom:  6<br>Judge:        Hon. Ronald M. Whyte |

The parties agreeing, and good cause appearing, the Case Management Conference presently calendared for November 17, 2006 at 10:30 AM in this matter is vacated. A new Case Management Conference date will be set in the court's order on the pending Motion for Reconsideration of order re motion for summary judgment.

IT IS SO ORDERED.

Dated: November 8, 2006               _/S/ RONALD M. WHYTE__
                                       Hon. RONALD M. WHYTE
                                       United States District Judge