*E-FILED - 3/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, THE GREYSTONE GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, STEDMAN CONSTRUCTION COMPANY, DOES 1-100<br><br>Defendants. | Case No. C-04-00886 RMW<br><br>**STIPULATION AND [xxxxxxxxxxxx] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]**<br><br>Complaint Filed: January 8, 2004<br>Trial: July 7, 2008<br>Courtroom: 6<br>Judge: Ronald W. Whyte |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

Plaintiffs Royal Indemnity Company and Greystone Group, Inc., and Defendant Travelers Indemnity Company of Connecticut, erroneously sued as Travelers Indemnity Company of Rhode Island ("Travelers"), by and through their undersigned counsel, hereby stipulate that the above-captioned complaint by the Plaintiffs against Defendant Travelers, shall be and is voluntarily dismissed by the Plaintiffs with prejudice to their rights, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1) and to the terms of their separate confidential settlement agreement.

//
//
//
//
//
//
//

1
STIPULATION AND [xxxxxxxxxx] ORDER FOR DISMISSAL WITH PREJUDICE

The parties further agree that each party shall bear its own fees and costs.

IT IS SO STIPULATED:

DATED: February 29, 2008       HINSHAW & CULBERTSON LLP

*Anne D. O'Niell*
Robert J. Romero
Anne D. O'Niell
Attorneys for Defendant Travelers Indemnity
Company of Connecticut, erroneously sued as
avelers Indemnity Company of Rhode Island

DATED: 2/25/08       LAW OFFICES OF MICHAEL A. MATHEWS

*M. A. Mathews*
Michael A. Mathews, Counsel for Plaintiffs,
Royal Indemnity Company and Greystone Group, Inc

[xxxxxxxxxxx] ORDER

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules Of Civil Procedure, and to the provisions of the stipulation of the parties, through their counsel of record, it is hereby ORDERED that the captioned action is dismissed with prejudice, and that each party to this action shall bear its own fees and costs.

IT IS SO ORDERED.

Date: 3/5, 2008

*Ronald M. Whyte*
Hon. Ronald M. Whyte
Judge, United States District Court For
The Northern District of California